## People of State of Illinois, Defendant in Error, v. Fred De Paulo, Plaintiff in Error.

Gen. No. 46,070. 

 Thaddeus
C. Toudor, and Zoe Kuta, for plaintiff in error; Ivan A. Elliott, Attorney General of State of Illinois, for defendant in error; John S. Boyle, State's Attorney of Cook county, John T. Gallagher, Rudolph L. Janega, Arthur F. Manning, and William J. McGah, Jr., Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE ROBSON. **Not to be published in full.** Opinion filed May 1, 1953; rehearing denied May 26, 1953; released for publication May 26, 1953.

## People of State of Illinois, Defendant in Error, v. Harry Mims, Plaintiff in Error.

Gen. No. 46,071.

 Thaddeus
C. Toudor, and Zoe Kuta, for plaintiff in error; Ivan A. Elliott, Attorney General of State of Illinois, for defendant in error; John S. Boyle, State's Attorney of Cook county, John T. Gallagher, Rudolph L. Janega, Arthur F. Manning, and William J. McGah, Jr., Assistant State's Attorneys, of counsel. Opinion by PRESIDING JUSTICE ROBSON. **Not to be published in full.** Opinion filed May 1, 1953; rehearing denied May 26, 1953; released for publication May 26, 1953.